UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>100 DVDs SEIZED FROM<br>METRO EAST LLC ENTITLED<br>"DOMINA AND CAVIAR"<br>        Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**05 11606 DPW**

MAGISTRATE JUDGE _____

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 19 U.S.C. §1305, alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. §1395.

2. The property consists of 100 DVDs seized from Metro East LLC entitled "Domina and Caviar" on July 18, 2005 (the "Defendant DVDs").

3. The <u>in</u> <u>rem</u> Defendant DVDs are now, and, during the pendency of this action, will be within the jurisdiction of this Court.

4. As detailed in the Affidavit of United States Department of Homeland Security, U.S. Immigration and Customs Enforcement Special Agent Michael V. Howard, attached as Exhibit A and incorporated herein by reference, the United States has probable

cause to believe that the Defendant DVDs represent obscene material prohibited from importation into the United States, by 19 U.S.C. §1305, and are, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1305.

WHEREFORE, the United States of America prays that:

1. A Warrant and Monition, in the form submitted herewith, be issued to the Secretary of the Department of Homeland Security, or his designee, commanding them to take custody of the Defendant DVDs and give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. A judgment of forfeiture be decreed against the Defendant DVDs;

3. Thereafter, the Defendant DVDs be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    JENNIFER W. ZACKS
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Date: August 1, 2005

## VERIFICATION

I, Michael V. Howard, Special Agent, United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, state that I have read the foregoing Verified Complaint for Forfeiture In Rem, and that the contents thereof are true to the best of my knowledge, information and belief.

*/s/ Michael V. Howard*
Michael V. Howard, Special Agent
United States Department of Homeland Security
U.S. Immigration and Customs Enforcement

Date: August 1, 2005


COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                Boston

Then personally appeared before me the above-named Michael V. Howard, Special Agent, United States Department of Homeland Security, U.S. Immigration and Customs Enforcement who acknowledged the foregoing to be true to the best of his knowledge, information and belief, on behalf of the United States of America.

Subscribed to and sworn to before me this 1st day of August, 2005.

*/s/ Lisa J. Talbot*
Notary Public
My commission expires: 5/29/09

```
LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009
```

**EXHIBIT A**

**AFFIDAVIT OF MICHAEL V. HOWARD**

I, Michael V. Howard, state the following under oath:

1. I am a Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) and have been so employed for approximately twenty (20) years. From September 2001 to October 2004, I was assigned to the Identification & Removal Group (AIRG) in the Boston Field Office. As a Special Agent, I have received training in both Customs and Immigration law and procedures, including the asset forfeiture provisions related to those laws. Since October 2004, I have been assigned as a Special Agent in the Operations Support Group with ICE. My duties as a Special Agent in the Operations Support Group of ICE involve computer forensics. As a Special Agent, I have seized and forfeited assets and proceeds derived from or used in unlawful activities, including export violations, narcotics smuggling and importation of immoral or obscene items.

2. I submit this affidavit in support of a Complaint for Forfeiture in rem against 100 DVDs entitled "Domina and Caviar," the "Defendant DVDs"), which were seized on July 15, 2005, while being imported into the United States from the Netherlands by Metro East LLC. As described in this Affidavit, I have probable cause to believe that the Defendant DVDs represent obscene materials prohibited from importation into the United States, pursuant to 19

U.S.C. §1305, and are, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1305.

3.   On July 15, 2005, ICE agents in Worcester, Massachusetts reviewed Federal Express shipment entry # 112-9683259-5, which was addressed to Metro East LLC, Cranston, Rhode Island and had been shipped from Play House, a company located in the Netherlands. The shipment consisted of approximately 24,050 individual DVDs, with multiple copies of each DVD. While reviewing the movie titles, Customs and Border Protection inspectors became concerned that the DVDs were obscene, and inspected certain DVDs more closely. Fifteen of the DVD titles were viewed by ICE agents.

4.   Of the fifteen titles viewed, ICE agents determined that one DVD, "Domina and Caviar," was obscene and therefore prohibited from entry into the United States. This DVD consisted largely of explicit depictions of sexual activity involving excrement. The shipment included 100 copies of "Domina and Caviar" and these 100 copies were seized and represent the Defendant DVDs. The remaining 23,950 DVDs were allowed to proceed to the addressee, Metro East LLC.

6.   The importation of immoral or obscene articles is prohibited by 19 U.S.C. §1305, which provides:

> All persons are prohibited from importing into the United States....any obscene book, pamphlet, paper, writing, advertisement, circular, print, picture, or other representation, figure, or image on or of paper or other material, or any cast,

      instrument, or other article which is obscene or immoral....

7. 19 U.S.C. §1305 also provides for the forfeiture of such items, stating:

> No such articles whether imported separately or contained in packages with other goods entitled to entry, shall be admitted to entry... and all such articles.... and the entire contents of the package in which such articles are contained shall be subject to seizure and forfeiture.... 19 U.S.C. §1305(a).

8. Based on the information described above, I have probable cause to believe that the Defendant DVDs represent obscene material prohibited from importation into the United States, by 19 U.S.C. §1305, and are, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1305.

Signed under the pains and penalties of perjury this 1st day of August, 2005.

*/s/ Michael V. Howard*
Michael V. Howard
Special Agent
United States Department of
Homeland Security
U.S. Immigration and Customs
Enforcement

JS 44 (Rev. 3/99)            **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar"

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney'S (Firm Name, Address, and Telephone Number)
Jennifer H. Zacks, AUSA
U.S. Attorney's Office
One Courthouse Way, Suite 9200, Boston, MA 02210
(617) 748-3100

Attorneys (If Known)

05 11606 DPW

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X " in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
The United States seeks forfeiture of the Defendant DVDs pursuant to 19 U.S.C. Section 1305.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 08-01-2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)  United States of America v. 100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar"

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   __  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   X   IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   __  V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐   X NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☐   X NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐   X NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES   NO  n/a

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

8. If filing a Notice of removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☐   N/A

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Jennifer H. Zacks, AUSA
ADDRESS   U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02110
TELEPHONE NO.   (617) 748-3100