UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>100 DVDs SEIZED FROM<br>METRO EAST LLC ENTITLED<br>"DOMINA AND CAVIAR"<br>        Defendant. | Civil Action No.<br><br>**05 11606 DPW** |

### WARRANT AND MONITION

To: The Secretary of the Department of Homeland Security, or His Designee

<u>We Command</u> that you give notice to all persons concerned that a Verified Complaint for Forfeiture <u>In Rem</u> (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against 100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar" (the "Defendant DVDs"), seized by the United States Immigrations and Customs Enforcement at Federal Express, Worcester, Massachusetts on July 18, 2005, and more particularly described in the attached Complaint for forfeiture pursuant to 19 U.S.C. §1305.

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant DVDs at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District; and

    (2)   Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

        Metro East LLC
        1 Metro Park Drive
        Cranston, Rhode Island 02910-4955

        Metro Interactive LLC(METCAP)
        K.F. Guarino
        1060 Park Avenue
        Cranston, Rhode Island 02910

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed party by hand.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to arrest, attach, inspect and retain the Defendant DVDs in your custody until further order of this Court.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant DVDs, or assert that the Defendant DVDs should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT DVDS MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9.

                                                    Sarah A. Thornton, Clerk
                                                    U.S. District Court

                                      By: _Michelle Rynne_____
                                             Deputy Clerk
                                             Date: ___8/2_____, 2005

APPROVED AND SO ORDERED:

_Douglas P. Woodlock_____
United States District Judge
Date: ___August 2___, 2005