

**Department of the Treasury**
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

FILED
IN CLERKS OFFICE
2005 OCT 21 P 4:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-11606-DPW |
|---|---|
| DEFENDANT<br>100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar" | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize<br>Publication |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the BostonHerald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant and Monition and applicable law.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>August 4, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS. (Complete only if different than shown above.)<br>REMARKS: The above-referenced notice was published as directed above on Aug. 29, Sept. 1 & Sept 8, 2005. Copy of Publisher's Certificate is attached. | Date of Service<br>Please see Remarks | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection | Oct. 20, 2005 | |

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY



# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this _6th_ day of _Oct_ A.D. 20_05_ personally appeared before the undersigned, a Notary Public, within and for the said county, _Judith A. Presutti_ of the _Boston Herald_ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the _Civ Cse # 05-11606-DPW_ advertisement was published in said newspaper in its issues of

_Aug 29, Sep 1, 8_ A.D. 20_05_

Subscribed and sworn to before me this _12th_ day of _October_ A.D. 20_05_.

_Shirley A. Soltys_
Notary Public

My commission expires August 10, 2012