

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE

2005 OCT 21 P 4: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CA No. 05-11606-DPW |
|---|---|
| DEFENDANT<br>**100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar"** | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize |
|---|---|
| | 100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar" |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

*DVDs (SPL)*

Please seize and maintain custody and control over the above-referenced computer and images in accordance with the attached Verified Complaint and Warrant & Monition and applicable law.

JMD x3296 05-USC-000467

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>August 4, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.)<br><br>REMARKS : The above-referenced property has been seized and is now in the custody of U.S. Customs & Border Protection. | Date of Service | Time of Service [ ] AM [ ] PM |
| | Please see Remarks | |
| | Signature, Title and Treasury Agency | |
| | Stephen P. Leonard. Forfeitures Officer | Oct. 20, 2005 |
| | U.S. Customs & Border Protection | |

**TD F 90-22.48 (6/96)**

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY