

## Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE
2005 OCT 21 P 4:53
U.S. DISTRICT COURT
DISTRICT OF MASS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 05-11606-DPW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar" | Complaint and Warrant & Monition |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize

Metro East LLC

Address (Street or RFD / Apt. # / City, State, and Zip Code)

1 Metro Park Drive
Cranston, Rhode Island 02910-4955

Send NOTICE OF SERVICE copy to Requester:

JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Verified Complaint for Forfeiture in Rem and Warrant and Monition upon the above-named Company by certified mail, return receipt requested.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of | [ X ] Plaintiff  [ ] Defendant | Telephone No. (617) 748-3100 | Date August 4, 2005 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |
|---|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM |
|---|---|---|

REMARKS : Served as directed above by certified mail number 7001 2510 4300 0808. Copy of Postal receipt for that number is attached.

Please see Remarks

Signature, Title and Treasury Agency
Stephen P. Leonard, Forfeitures Officer
U.S. Customs & Border Protection

Oct. 20 2005

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

