UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,              )
    Plaintiff,        )
            )
   v.                       )  Civil Action No.
            )  05-11606-DPW
100 DVDs SEIZED FROM                    )
METRO EAST LLC ENTITLED                 )
"DOMINA AND CAVIAR"                     )
    Defendant.         )

### UNITED STATES' MOTION FOR ENTRY OF DEFAULT

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that a default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Metro East LLC, Metro Interactive LLC c/o K.F. Guarino, and all other persons claiming an interest in the defendant property, described as:

     100 DVDs seized from Metro East LLC
     entitled "Domina and Caviar"

for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  The failure to submit a verified claim justifies the entry of default.  See United States v. One-Sixth Share of James J. Bulger In All Present and Future Proceeds of Mass Millions Lottery Ticket No. M246233, 326 F.3d 36, 40-41 (1st Cir. 2003 (failure to file a timely verified claim disqualifies putative claimant from participating in civil forfeiture action).

In support of this application, the United States submits the attached Affidavit.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ JENNIFER H. ZACKS
JENNIFER H. ZACKS
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Date: November 3, 2005

SO ORDERED AND ALLOWED

_____
DOUGLAS P. WOODLOCK
United States District Judge

Date: _____

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, were served upon Metro East LLC, 1 Metro Park Drive, Cranston, Rhode Island 02910-4955 and Metro Interactive LLC c/o K.F. Guarino, 1060 Park Avenue, Cranston, Rhode Island 02910 by first class mail, postage prepaid.


<u>/s/ JENNIFER H. ZACKS</u>
Jennifer H. Zacks
Assistant U.S. Attorney


Date: November 3, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            )
                Plaintiff,           )
                                     )
        v.                           )    Civil Action No.
                                     )    05-11606-DPW
100 DVDs SEIZED FROM                 )
METRO EAST LLC ENTITLED              )
"DOMINA AND CAVIAR"                  )
                Defendant.           )

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR ENTRY OF DEFAULT**

I, Jennifer H. Zacks, state under oath as follows:

1.    I am an Assistant United States Attorney.  I represent the plaintiff, the United States of America, in this case. This is an action in rem for forfeiture of the defendant property, described as 100 DVDs seized from Metro East LLC entitled "Domina and Caviar" (the "Defendant Property").  Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2.    As described in the Affidavit of United States Department of Homeland Security, U.S. Immigration and Customs Enforcement Special Agent Michael V. Howard, filed with the Complaint in this case, the Defendant Property is subject to forfeiture to the United States pursuant to Title 19, United States Code, Section 1305, as the Defendant Property represents obscene material prohibited from importation into the United States.

3.    The Complaint for Forfeiture <u>in</u> <u>Rem</u> was filed on or about August 1, 2005.

4.    This Court issued a Warrant and Monition on or about August 2, 2005, directing the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement to give notice to all persons concerned that a Complaint <u>in</u> <u>Rem</u> had been filed, and to arrest and retain the Defendant Property in its custody.

5.    Publication of the Complaint and Warrant and Monition was made in the <u>Boston</u> <u>Herald</u> on August 29, 2005, September 1, 2005, and September 8, 2005.  A copy of the process receipt and return for publication, executed by United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, was filed with this Court on October 21, 2005.

6.    Metro East LLC, the consignee of the Defendant Property, was served with a certified copy of the Complaint and Warrant and Monition, by certified mail on September 27, 2005, at 1 Metro Park Drive, Cranston, Rhode Island 02910-4955.  A copy of the receipt and return for service was filed with this Court on October 21, 2005.  Metro East LLC did not file either a verified claim or answer to the Complaint.

7.    Metro Interactive LLC c/o K.F. Guarino, the second consignee of the Defendant Property, was also served with a certified copy of the Complaint and Warrant and Monition, by certified mail on September 26, 2005, at 1060 Park Avenue, Cranston, Rhode Island 02910.  A copy of the receipt and return for

service was filed with this Court on October 21, 2005. Metro Interactive LLC did not file either a verified claim or answer to the Complaint.

8.    Under Supplemental Rule (C)(6), any person asserting an interest in the Defendant Property is required to file a claim within thirty (30) days after process has been executed and an answer within twenty (20) days after the filing of the claim. The expiration date for filing a claim was October 27, 2005.

9.    To date, no claims to the Defendant Property or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

10.    To the best of my knowledge, and upon information and belief, Metro East LLC, Metro Interactive LLC c/o K.F. Guarino, nor anyone else with an interest in the Defendant Property, is in the military service of the United States, is an infant, or is incompetent.

Signed under the pains and penalties of perjury this $\underline{3^{rd}}$ day of November, 2005.

/s/JENNIFER H. ZACKS
Jennifer H. Zacks
Assistant U.S. Attorney
