```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA.
    Plaintiff,

      v.                            CIVIL ACTION
                                    NO.05-11606-DPW

100 DVDs SEIZED FROM
METRO EAST LLC ENTITLED
"DOMINA AND CAVIAR"
    Defendant.

## NOTICE OF DEFAULT

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **100 DVDs SEIZED FROM METRO EAST LLC ENTITLED "DOMINA AND CAVIAR"** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted **November 18, 2005**

                                          BY THE COURT,

                                          /s/ Michelle Rynne
                                          Deputy Clerk

November 18, 2005