```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|     Plaintiff,              ) | |
|                             ) | |
|     v.                      ) | Civil Action No. |
|                             ) | 05-11606-DPW |
| 100 DVDs SEIZED FROM             ) | |
| METRO EAST LLC ENTITLED          ) | |
| "DOMINA AND CAVIAR"              ) | |
|     Defendant.              ) | |

**UNITED STATES' MOTION FOR FINAL JUDGMENT
AND ORDER OF FORFEITURE**

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting 100 DVDs entitled "Domina and Caviar" seized from Metro East LLC on July 18, 2005 (the "Defendant Property").

In support of this Motion, the Government states that on November 3, 2005, it filed a Motion for Entry of Default and an Affidavit of Jennifer H. Zacks in support of the Motion for Entry of Default.  On November 18, 2005, this Court issued a Notice of Default which was entered on the docket as Document 8.  The Notice was entered against Metro East LLC, Metro Interactive LLC c/o K.F. Guarino, and all other persons claiming an interest in the Defendant Property, for their failure to answer or otherwise defend in this action.  No responses to the Motion for Entry of Default have been filed.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Property. A proposed Order is attached.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney,

By: /S/JENNIFER H. ZACKS
     JENNIFER H. ZACKS
     Assistant U.S. Attorney
     1 Courthouse Way
     Suite 9200
     Boston, MA  02210
     (617) 748-3100

Date: December 5, 2005


### CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing United States' Motion for Final Judgement and Order of Forfeiture, were served upon Metro East LLC, 1 Metro Park Drive, Cranston, Rhode Island 02910-4955 and Metro Interactive LLC c/o K.F. Guarino, 1060 Park Avenue, Cranston, Rhode Island 02910 by first class mail, postage prepaid.

                                /s/ JENNIFER H. ZACKS
                                Jennifer H. Zacks
                                Assistant U.S. Attorney

Date: December 5, 2005

```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
     v.                          )    Civil Action No.
                                 )    05-11606-DPW
100 DVDs SEIZED FROM             )
METRO EAST LLC ENTITLED          )
"DOMINA AND CAVIAR"              )
          Defendant.             )
```

**<u>FINAL JUDGMENT AND ORDER OF FORFEITURE</u>**

This Court having allowed Plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the Plaintiff, the United States of America;

2. That the Defendant Property, described herein as 100 DVDs entitled "Domina and Caviar" seized from Metro East LLC on July 18, 2005 (the "Defendant Property"), is hereby forfeited to the United States of America pursuant to 19 U.S.C. §1305;

3. That any claim of interest of Metro East LLC, Metro Interactive LLC c/o K.F. Guarino, and any other parties claiming any right, title, or interest in or to the Defendant Property, is hereby held in default and dismissed, having been defaulted on November 18, 2005;

4. That the United States of America, through the United States Immigration and Customs Enforcement, shall retain the Defendant Property in its secure custody and control, and shall

dispose of it in accordance with law; and

    5.    That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
DOUGLAS P. WOODLOCK
United States District Judge

Date:_____, 2005