UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>100 DVDs SEIZED FROM<br>METRO EAST LLC ENTITLED<br>"DOMINA AND CAVIAR"<br>        Defendant. | )<br>)<br>)<br>)  Civil Action No.<br>)  05-11606-DPW<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed Plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the Plaintiff, the United States of America;

2. That the Defendant Property, described herein as 100 DVDs entitled "Domina and Caviar" seized from Metro East LLC on July 18, 2005 (the "Defendant Property"), is hereby forfeited to the United States of America pursuant to 19 U.S.C. §1305;

3. That any claim of interest of Metro East LLC, Metro Interactive LLC c/o K.F. Guarino, and any other parties claiming any right, title, or interest in or to the Defendant Property, is hereby held in default and dismissed, having been defaulted on November 18, 2005;

4. That the United States of America, through the United States Immigration and Customs Enforcement, shall retain the Defendant Property in its secure custody and control, and shall

dispose of it in accordance with law; and

    5.   That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
DOUGLAS P. WOODLOCK
United States District Judge

Date: _December 22_, 2005