

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-11606-DPW |
|---|---|
| DEFENDANT<br>100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar" | TYPE OF PROCESS<br>Final Judgment and Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize

100 DVDs Seized from Metro East LLC Entitled "Domina and Caviar"

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-described property in accordance with the attached Final Judgment and Order of Forfeiture and applicable law.

JMD x3296    05-USC-000467

| Signature of Attorney or other Originator requesting service on behalf of | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>December 28, 2005 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date |
|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc, At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

REMARKS: The above-referenced 100 DVDs were destroyed by incineration on Feb. 22, 2006. Copy of destruction record is attached.

Date of Service    Time of Service   [ ] AM   [ ] PM

PLEASE SEE BELOW REMARKS

Signature, Title and Treasury Agency
Stephen P. Leonard, Forfeitures Officer   2/27/2006
U.S. Customs & Border Protection, Boston

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY



DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## ORDER TO DESTROY AND RECORD OF DESTRUCTION OF FORFEITED, ABANDONED, OR UNCLAIMED MERCHANDISE
20.4, 20.5, 23.19, C. M., Circular ENF-7-IEI

Box #7
Box #8

### ORDER TO DESTROY

| SEIZURE OR G. O. NO., ETC. | QUANTITY AND DESCRIPTION OF MERCHANDISE |
|---|---|
| 2005-0403-000002-01 line | item 001 - 99 DVDs entitled "Domina and Caviar" |
| 2005-0403-000002-01 line | item 002 - 1 DVD entitled "Domina and Caviar" |
| No Other | No Other |

Verification ____ 02-21-06
(initials) (date)

____ JH06
(initials) (date)

____ 2/21/06
(initials) (date)

**METHOD OF DESTROYING**

Burn

**SIGNATURE OF AUTHORIZING CUSTOMS OFFICER**
Stephen P. Leonard, FP&FO, Boston

**DATE**
Feb. 14, 2006

### RECORD OF DESTRUCTION

**SIGNATURE OF CUSTOMS OFFICER**
R. GUEN

**DATE**
02-22-06

**WITNESS TO DESTRUCTION**

**WITNESS TO DESTRUCTION**

**LOCATION**
Covanta, Haverhill, MA

**METHOD OF DESTRUCTION**
Burning

Customs Form 4613 (9-19-75)
(Previous editions are obsolete)